

**U.S. OFFICE OF SPECIAL COUNSEL**
1730 M Street, N.W., Suite 218
Washington, D.C. 20036-4505
(202) 804-7000
www.osc.gov

September 1, 2022

Reed D. Rubinstein
c/o America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, D.C., 20003

    Re: OSC File No. MA-22-002104

Dear Mr. Rubinstein,

    This letter responds to the complaint you filed with the U.S. Office of Special Counsel (OSC) alleging that officials at the Department of Justice, Civil Division's Policy and Practice, (DOJ) engaged in activity prohibited by 5 U.S.C. § 1216(a)(3). We understand that preparing a complaint represents a significant amount of work and we thank you for your assistance. We have reviewed your complaint in light of the legal elements required to prove your allegation and have concluded that we are, by statute unable to investigate this matter.

    In your complaint, you alleged that DOJ officials are engaging in the practice of obtaining custodian employee consent to search individual email accounts prior to searching official records in response to Freedom of Information Act (FOIA) requests. You argue that placing such limitations on searches amounts to an arbitrary and capricious withholding of information.

    OSC is authorized to investigate allegations of arbitrary and capricious withholding of information prohibited under the FOIA.[1] However, before the Special Counsel can exercise this authority, there must be final agency action on the FOIA request and an appeal to the federal district court. The FOIA lays out three conditions that must be met before a case falls under the Special Counsel's jurisdiction in section 1216: (1) the court ordered the production of improperly held agency records; (2) the court assessed attorney fees and litigation costs against the United States; and (3) the court issued a written finding that the circumstances surrounding the agency's withholding raised questions whether the agency personnel responsible for the withholding acted

---

[1] 5 U.S.C. § 1216(a)(3).

**U.S. Office of Special Counsel**
[Rubinstein, Reed D., America First Legal Foundation/ MA-22-002104]
Page 2

arbitrarily or capriciously.[2]  Unfortunately, your complaint does not allege that any of the prerequisites have been met.  Consequently, we are unable to take further action on your complaint at this time.

Thank you for bringing these allegations to OSC's attention.

Sincerely,

Barbara Wheeler Jones
Chief, Case Review Division

---

[2] *See* 5 U.S.C. § 552(a)(4)(F).

**Dallas, TX Field Office**
P.O. Box 793771
Dallas, TX  75379
Telephone:  (214) 974-7075

**Detroit, MI Field Office**
P.O. Box 760395
Lathrup Village, MI  48076
Telephone: (313) 335-8085

**San Francisco, CA Field Office**
P.O. Box 170023
San Francisco, CA  94117
Telephone: (510) 598-2065