IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION<br><br>*Plaintiff*,<br><br>v.<br><br>HENRY J. KERNER, Special Counsel, The Office of Special Counsel<br><br>*Defendant*. | Case No. 1:22-cv-3576 (APM) |

## NOTICE OF APPEAL

Please Take Notice that the Plaintiff America First Legal Foundation hereby appeals, to the United States Court of Appeals for the District of Columbia, this Court's Order and Opinion of September 29, 2023. *See* ECF. Nos. 17 and 18.

Dated: October 10, 2023

Respectfully submitted,

/s/ Andrew J. Block
Reed D. Rubinstein
D.C. Bar No. 400153
Andrew J. Block
D.C. Bar No. 90002845
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave., S.E. #231
Washington, D.C. 20003
*Counsel for Plaintiff*

## Certificate of Service

I certify that I have served this Notice of Appeal on all counsel of record through the Court's ECF system this 10th day of October, 2023.

*/s/ Andrew J. Block*
Counsel for America First Legal Foundation
